USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/28/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CIVIL ACTION NO.: 7:23-cv-6183-NSR

HARLEYSVILLE PREFERRED INSURANCE COMPANY,

*Plaintiff*,

v.

GLENN VAN DYKE and MAE REALTY HOLDINGS, LLC,

*Defendants.*

**DEFAULT JUDGMENT ORDER**

Upon this action having been commenced on July 18, 2023 by the filing of the complaint, and MAE Realty Holdings, LLC ("MAE") having waived formal service of process, and MAE not having answered the complaint—the time for answering the complaint having expired, and the Clerk of the Court properly entering a Certificate of the Default on May 14, 2024, it is hereby:

ORDERED, ADJUDGED, AND DECLARED that Plaintiff Harleysville Preferred Insurance Company has no obligation to provide coverage to MAE in connection with the action filed against it in the Supreme Court of New York, County of Rockland, under Index No. 032399/2019 (the "MAE Action"), to defend MAE in the MAE Action, or to any make payment in the MAE Action to Van Dyke on MAE's behalf; and it is further

ORDERED that Harleysville shall serve a copy of this Order on MAE at its last known business address within seven days of the date of this Order; and it is further

ORDERED that the Court retains jurisdiction over any matter pertaining to this Judgment.

Dated: January 28, 2026
    White Plains, NY

_____
    Hon. Nelson S. Román, U.S.D.J.